## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Betty Jean Brewer

<u>Debtor</u>

CHAPTER 13

BKY. NO. 16-14865 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of FAY SERVICING, LLC as servicer for U.S. Bank National Association, as Trustee for CVF II Mortgage Loan Trust II and index same on the master mailing list.

Respectfully submitted,

**<u>/s/ Rebecca A. Solarz, Esquire</u>**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734