**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Betty Jean Brewer** | : CHAPTER 13 |
| **xxx-xx-7432** | : CASE NO. 16-14865-AMC |
| **1538 Powell Street** | : |
| **Norristown, PA 19401** | : HEARING DATE: 10/9/2018 |
| | : TIME: 10:00 A.M. |
| **Debtor** | : LOCATION: COURT ROOM No. 4 |
| | : United States Bankruptcy Ct. |
| | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Betty Jean Brewer, the debtor in the present case, has filed a Motion for Leave of Court to Amend Confirmed Chapter 13 Plan with the Court for leave to file an Amended Chapter 13 Plan, and to confirm that Plan.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **September 20, 2018 you or your attorney must file a response to the Motion** (See Instructions on next page)

3. **A hearing on the motion** is scheduled to be held **on October 9, 2018 at 10:00 A.M. in Courtroom 4, United States Bankruptcy Court, Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

6. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

Clerk, U.S. Bankruptcy Court
Room 400, Robert N.C. Nix Federal Courthouse
900 Market Street
Philadelphia, PA 19106.

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Michael W. Gallagher, Esquire
401 West Johnson Highway
Suite 4
East Norriton, PA 19401
(484)679-1488 (Tel)
(610)365-7919 (Fax)
mwglaw@msn.com

[If applicable, name and address of others to be served.]

William C. Miller, Esq.,
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Frederick J. Baker, Esquire
Senior Asst. U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107


Date: September 4, 2018