**UNITED STATES BANKRUPTCY COURT**
**Eastern DISTRICT OF Pennsylvania**

In Re:

BETTY JEAN BREWER

Debtor(s)

Case No. 16-14865

Claim No. : 7

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

**Address where Payments to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

Date: 06/20/2019

/s/ Ashish Rawat

Creditor's Authorized Agent for Fay Servicing, LLC