**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                             **Chapter 13**
BETTY JEAN BREWER


                    **Debtor(s)**                          **Case No.** 16-14865-ELF


# NOTICE OF COMPLETION OF PLAN PAYMENTS

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy

Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee

payments under the confirmed Chapter 13 plan.


**Office of the Chapter 13 Trustee**


Date: 7/28/2021              By:    */s/ William C. Miller*
                                    William C. Miller, Esquire, Chapter 13 Trustee
                                    1234 Market St., Suite 1813
                                    Philadelphia, PA 19107
                                    (215) 627-1377 (Phone)
                                    (610) 627-6299 (Fax)