United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Betty Jean Brewer
Debtor

Case No. 16-14865-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Aug 09, 2021 | Form ID: 138OBJ | Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Betty Jean Brewer, 1538 Powell Street, Norristown, PA 19401-3336 |
| 13756728 | | BARCLAYCARD CARD SERVICES, P.O. BOX 13337, PHILADELPHIA, PA 19101-3337 |
| 13756732 | | CREDIT ONE BANK GENERAL CORRESPONDENCE, P.O. BOX 98873, LAS VEGAS, NV 89193-8873 |
| 13756733 | | CVF II MORTGAGE LOAN TRUST II/U.S. BANK, 30 E. DELAWARE AVENUE, WILMINGTON, DE 19809-1515 |
| 14205458 | + | CVF II Mortgage Loan Trust II, c/o Kevin Buttery, Esq., RAS CRANE, LLC, BANKRUPTCY DEPARTMENT, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170 DULUTH, GA 30097-8461 |
| 13812818 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13756734 | + | EINSTEIN HEALTHCARE NETWORK, 559 WEST GERMANTOWN PIKE, EAST NORRITON, PA 19403-4250 |
| 13756749 | | Equifax Credit Information Services, Inc, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 13756750 | + | Experian, P.O. Box 9701, Allen, TX 75013-9701 |
| 13756751 | | Experian Information Systems, Attn: Dispute Department, P.O. Box 2002, Allen, TX 75013-2002 |
| 13756736 | | FAY SERVICING, P.O. BOX 809441, CHICAGO, IL 60680-9441 |
| 13756735 | + | FAY SERVICING LLC, 901 S. 2ND ST., SUITE 201, SPRINGFIELD, IL 62704-7909 |
| 13970050 | | Fay Servicing LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 13756738 | | GREEN SKY, P.O. BOX 530584, ATLANTA, GA 30353-0584 |
| 13756737 | + | GREEN SKY SPECIAL HANDLING, P.O. BOX 29429, ATLANTA, GA 30359-0429 |
| 13756756 | | H.A. Berkheimer Tax Administrator, Bankruptcy Notices, 50 North 7th Street, Bangor, PA 18013-1798 |
| 13756752 | + | Innovis Data Solutions, 250 E. Town St., Columbus, OH 43215-4631 |
| 13756741 | | MERRICK BANK CUSTOMER SERVICE, P.O. BOX 9021, OLD BETHPAGE, NY 11804-9001 |
| 13756744 | + | SUNTRUST BANK, 303 PEACHTREE STREET N.E., ATLANTA, GA 30308-3245 |
| 13756755 | + | Transunion Corporation, 2 Baldwinm Place, P.O. Box 1000, Chester, PA 19016-1000 |
| 14269558 | + | U.S. BANK NATIONAL ASSOCIATION, FAY SERVICING LLC, 3000 KELLWAY DRIVE SUITE 150, CARROLLTON, TX 75006-3357 |
| 13756746 | | U.S. BANK, TRUSTEE, P.O. BOX 5229, CINCINATTI, OH 45201-5229 |
| 14124709 | + | U.S. Bank NA, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13819470 | + | U.S. Bank National Association, Trustee (See 410), c/o Fay Servicing, LLC, Bankruptcy Department, 939 W. North Avenue Suite 680, Chicago, Illinois 60642-7138 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 09 2021 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 09 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 09 2021 23:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13756727 | + | Email/Text: bnc-aquafinance@quantum3group.com | Aug 09 2021 23:25:00 | AQUA FINANCE INC., 1 CORPORATE DRIVE, SUITE 300, WAUSAU, WI 54401-1724 |

| | | | | |
|---|---|---|---|---|
| 13756748 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 09 2021 23:25:00 | Berks Credit And Collections Inc., P.O. Box 329, Temple, PA 19560-0329 |
| 13756729 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 09 2021 23:25:00 | COMENITY CAPITAL BANK BANKRUPTCY DEPT., P.O. BOX 183043, COLUMBUS, OH 43218-3043 |
| 13756730 | | Email/Text: bnc-aquafinance@quantum3group.com | Aug 09 2021 23:25:00 | CONNEXUS CREDIT UNION, P.O. BOX 3256, MILWAUKEE, I 53201-3256 |
| 13756731 | | Email/Text: bnc-aquafinance@quantum3group.com | Aug 09 2021 23:25:00 | CONNEXUS CREDIT UNION/AQUA FINANCE INC., P.O. BOX 1143, WAUSAU, I 54402-1143 |
| 13756753 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 09 2021 23:25:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13756740 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 09 2021 23:25:00 | KOHLS DEPARTMENT STORE, P.O. BOX 3043, MILAWUKEE, WI 53201-3043 |
| 13819235 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2021 23:36:46 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13756742 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2021 23:36:46 | MERRICK BANK, P.O. BOX 660702, DALLAS, TX 75266-0702 |
| 13812289 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2021 23:36:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13756743 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2021 23:36:46 | MERRICK BANK, P.O. BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 13811679 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 09 2021 23:25:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13756754 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 09 2021 23:25:00 | PA Department Of Revenue, Attn: Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13834219 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2021 23:36:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13778606 | | Email/Text: bnc-quantum@quantum3group.com | Aug 09 2021 23:25:00 | Quantum3 Group LLC as agent for, Connexus Credit Union, PO Box 788, Kirkland, WA 98083-0788 |
| 13795045 | | Email/Text: bnc-quantum@quantum3group.com | Aug 09 2021 23:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13756745 | | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2021 23:36:46 | SYNCHRONY BANK BANKRUPTCY DEPARTMENT, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 13756747 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2021 23:36:46 | WALMART/SYNCB, P.O. BOX 530927, ATLANTA, GA 30353-0927 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13756739 | ##+ | INTERSTATE CREDIT AND COLLECTION, 21 W. FORNANCE ST., SUITE 200, NORRISTOWN, PA 19401-3300 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank National Association as trustee for CVF II Mortgage Loan Trust II bk@rgalegal.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KEVIN M. BUTTERY | on behalf of Creditor U.S. Bank National Association as trustee for CVF II Mortgage Loan Trust II cdigianantonio@rascrane.com |
| MICHAEL W. GALLAGHER | on behalf of Plaintiff Betty Jean Brewer mwglaw@msn.com mwglaw1@verizon.net |
| MICHAEL W. GALLAGHER | on behalf of Debtor Betty Jean Brewer mwglaw@msn.com mwglaw1@verizon.net |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association as trustee for CVF II Mortgage Loan Trust II bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 9

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Betty Jean Brewer
Debtor(s)

Case No: 16−14865−elf
Chapter: 13

---

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/9/21