# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Betty Jean Brewer**<br>　　　　　　　　　　**Debtor(s)**<br><br>**U.S. Bank National Association, as Trustee for CVF II Mortgage Loan Trust II**<br>　　　　　　　　　　**Movant**<br>　　　vs.<br><br>**Betty Jean Brewer**<br>　　　　　　　　　　**Debtor(s)**<br><br>　　　**William C. Miller Esq.,**<br>　　　　　　**Trustee** | **BK NO. 16-14865 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 7** |

## AMENDED CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 29, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties below via electronic notification:

<u>Attorney for Debtor(s)</u>
Michael W. Gallagher, Esq.
401 West Johnson Highway, Suite 4
East Norriton, PA 19401

<u>Trustee</u>
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

And on <u>September 9, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Betty Jean Brewer
1538 Powell Street
Norristown, PA 19401

<u>Attorney for Debtor(s)</u>
Michael W. Gallagher, Esq.
401 West Johnson Highway, Suite 4
East Norriton, PA 19401

Dated: <u>September 9, 2021</u>

　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　Phone: (215) 825-6327
　　　　　　　　　　　　　　　　　　Email: rsolarz@kmllawgroup.com